■ Nur Nabi et al., Appellants, v Con Edison Company of New York, Respondent. [23 NYS3d 569]—

Order, Supreme Court, Bronx County (Lucindo Suarez, J.), entered on or about July 8, 2014, which, granted plaintiffs' motion to renew and, upon renewal, adhered to its prior order granting defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Summary judgment was properly granted in this action where plaintiff Nur Nabi was injured when he slipped on interior stairs in his home while attempting to shut off electrical power in response to a fire emanating from an inline service box attached to the exterior of the dwelling, which plaintiffs allege was owned and maintained by defendant. The record establishes that the fire in the inline box was not a proximate cause of plaintiff's injury (*see Bonomonte v City of New York*, 79 AD3d 515 [1st Dept 2010], *affd* 17 NY3d 866 [2011]; *Escalet v New York City Hous. Auth.*, 56 AD3d 257 [1st Dept 2008]). Concur—Mazzarelli, J.P., Acosta, Andrias and Richter, JJ.